**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10040 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-02814-DCB-JJM-1 |
| v. | |
| JESUS IVAN BARRON-GARCIA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted February 21, 2012[**]

Before:     FERNANDEZ, McKEOWN and BYBEE, Circuit Judges.

Jesus Ivan Barron-Garcia appeals from his 51-month sentence imposed after

his guilty-plea conviction for being found in the United States after removal, in

violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California*, 386 U.S. 738

(1967), Barron-Garcia's counsel has filed a brief stating there are no grounds for

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.